1
2
3
4

UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

JANE JOHNSON,

6

Plaintiff,

Case No. C04-2132P

7

v.

8

THOMAS SCHESNIAK,

9

Defendant.

MINUTE ORDER RESCHEDULING
TRIAL DATE & RELATED DATES

10
11
12

The following minute order is made by the direction of the court, the Honorable Marsha J.
Pechman:

13

The trial date is rescheduled for **July 31, 2006** at **9:00 a.m..**

14
15

The due date for the submission of trial briefs, proposed voir dire and proposed jury instructions
is extended to July 26, 2006.

16
17

Filed and entered this 23rd day of May, 2006.

18
19
20

BRUCE RIFKIN, Clerk

21

By   /S/*Eileen Scollard*

22

Deputy Clerk

23
24
25
26

MINUTE ORDER RESCHEDULED TRIAL DATE & RELATED DATES